■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN A. FRANCIS, Appellant. [687 NYS2d 266] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Meyerson, J.), rendered April 14, 1992, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Corona,* 232 AD2d 652). Moreover, upon the exercise of our factual review power, we are

satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). S. Miller, J. P., O'Brien, Ritter and Santucci, JJ., concur.